■ The People of the State of New York, Respondent, v Adonis Rojas, Appellant. [855 NYS2d 914]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Honorof, J.), rendered April 11, 2007, convicting him of robbery in the first degree, robbery in the second degree (two counts), burglary in the first degree (two counts), and menacing in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Santucci, Covello, McCarthy and Chambers, JJ., concur.

■ The People of the State of New York, Respondent, v Herman Spencer, Appellant. [855 NYS2d 915]—Application by the appellant for a writ of coram nobis to vacate, in the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 28, 1995 (*People v Spencer*, 218 AD2d 824 [1995]), affirming a judgment of the Supreme Court, Kings County, rendered July 12, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Ritter and Florio, JJ., concur.